# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO ISAID PALOMAR RODRIGUEZ,<br><br>Defendant | Case No.: 25-CR-3439-AJB<br><br>JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against the Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 26, 2025

_____
Hon. Anthony J. Battaglia
United States District Judge